■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. HAYWARD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Assault, 2nd Degree.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.